STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RONALD L. GARRETSON, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Edward P. Hannigan* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

December 9, 1969. Denied.

ALICE G. WHITE, PLAINTIFF-PETITIONER, v. JOHN J. CASALE, INC., DEFENDANT-RESPONDENT.

*Mr. Herman M. Wilson* for the petitioner.

*Messrs. Pindar, McElroy, Connell, Foley & Geiser* and *Mr. George J. Kenny* for the respondent.

December 9, 1969. Denied.

WILBUR T. MEASLEY, JR., *ET AL.*, PLAINTIFFS-RESPONDENTS, v. JOSEPH J. TATU, DEFENDANT-RESPONDENT.

*Messrs. Parker, McCay & Criscuolo* for the petitioners.

*Mr. Saverio R. Principato* for the respondent.

December 9, 1969. Denied.